# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137905(85)

NANCY MILLER, as Personal Representative
of the Estate of WILLIAM MILLER, Deceased,
          Plaintiff-Appellant,

v                                                          SC: 137905
                                                           COA: 277952
                                                           Oakland CC: 2006-072158-NH

GHAUS MALIK, M.D., SUSAN E. OSHNOCK,
P.A.-C, HENRY FORD HEALTH SYSTEM,
d/b/a NEUROSURGERY ASSOCIATES-
OAKLAND, ASHOK PRASAD, M.D., and
WILLIAM BEAUMONT HOSPITAL,
          Defendants-Appellees.
_____/

On order of the Court, the motion for reconsideration of this Court's October 21, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010                              _____
                                                              Clerk

y0125